UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, et al.,

                          Plaintiff(s), Petitioner(s)

against

MARQUISE CONSTRUCTION & DEVELOPMENT
CORP., et al.,

                          Defendant(s), Respondent(s)

INDEX NO.: 07/CIV 11452
DATE OF FILING: December 20, 2007
YOUR FILE: 26532.1931

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF DUTCHESS:   ss:

**DARRIN WHITE** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Poughkeepsie, NY.

That on **January 9, 2008** at **3:30 PM** at **10 Saint Charles Street, Thornwood, NY 10594**, deponent served the within **Summons in a Civil Case, Complaint, Judge's Individual Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing** on **ROSS J. MUSCOLINO**, *(Defendant/Respondent)* herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy of each to **ROSS J. MUSCOLINO** personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Brown** Age(Approx): **55-60** Height(Approx): **6'** Weight(Approx): **200-225 lbs**
Other:

I asked the person spoken to, whether recipient was in active military service of any kind whatsoever and received a negative reply.

Sworn to before me on Thursday, January 10, 2008

_____
Tina Marie Tomlins
Notary State of New York
Reg. No. 01TO6155313
Qualified in County of Dutchess
Commission Exp. Nov. 6, 20__

_____
DARRIN WHITE

**Superior Process**
P.O. Box 2955
Poughkeepsie, NY 12603
(845) 473-7869 (845) 473-0712 Fax
Email: superior44@aol.com