Index # 07 civ 11452
Purchased/Filed: December 20, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Trustees of the Bricklayers and Allied Craftworkers, Local 5 etc.     Plaintiff

against

Marquise Construction & Development Corp.; et al     Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 37 Yrs.
Weight: 140 Lbs.   Height: 5' 6"   Sex: Female   Color of skin: Black
Hair color: Black   Other: _____

___Robin Brandow___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 31, 2007___, at ___12:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons, Complaint, Judge's Indiv. Rules, Instructions, Procedures and Guidelines for Electronic Filing___ on ___MZ Contracting Corp.___, the Defendant in this action, by delivering to and leaving with ___Tammy Alexander___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

31st day of December, 2007

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2011

Robin Brandow

Invoice•Work Order # 0726064