Index # 07 civ 11452
Purchased/Filed:

## AFFIDAVIT OF SERVICE ON N.Y.S. SUPERINTENDENT OF INSURANCE

| STATE OF NEW YORK | U. S. DISTRICT COURT | SOUTHERN DIST. COUNTY |

Trustees of the Bricklayers and Allied Craftworkers, Local 5 etc.     Plaintiff

vs

Marquise Construction & Development Corp. et al     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY

Christopher Warner being duly sworn, deposes and says that deponent is over the age of 18 years. That on the 31st day of December, 2007 at 1 Commerce Plaza, 20th Floor, in the City of Albany, State of New York, deponent served the Summons and Complaint, Judges Rules Instructions for filing, USDC/SDNY Guidelines in the above action upon Colonial Surety Company the defendant named therein, by delivering to and leaving with Patrick Harrigan, authorized to accept on behalf of the Insurance Department of the State of New York. Deponent further says that at the time of making such service deponent paid to the Insurance Department the sum of $ 40. , that being the lawful fee for such service.

Deponent further says, that deponent knew the person so served to be an Attorney for Superintendent of Insurance and a person authorized by law to accept service on behalf of the defendant.

Description of person served:

Approx. Age: 45yrs   Weight: 170 Lbs   Height: 5'10   Sex: Male   Color of skin: White
Hair color: Red   Other:

Sworn to before me on this
31st day of January, 2008

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4508730, Rensselaer County
Commission Expires June 30, 2011

Christopher Warner

Invoice-Work Order # 0726058

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207