Index # 07 civ 11452

Purchased/Filed: December 20, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Trustees of the Bricklayers and Allied Craftworkers, Local 5 etc.                    Plaintiff

against

Marquise Construction & Development Corp.; et al                    Defendant

| STATE OF NEW YORK )<br>COUNTY OF ALBANY  )SS<br>CITY OF ALBANY        ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age:   37 Yrs. |
|---|---|---|

Weight:  140 Lbs.  Height:    5' 6"    Sex:  Female  Color of skin:    Black

Hair color:    Black    Other:

Robin Brandow _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on        December 31, 2007      , at    12:00pm   , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint, Judge's Indiv. Rules, Instructions, Procedures and Guidelines for Electronic Filing      on

Marquise Construction & Development Corp. _____, the

Defendant in this action, by delivering to and leaving with            Tammy Alexander                    ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of        40.00      dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

31st   day of                December, 2007

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2011

Robin Brandow

**Invoice•Work Order #** 0726061