UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

**VOLUNTARY WITHDRAWAL
AND ORDER
DISCONTINUING ACTION**

**07 CIV 11452 (SCR)**

Plaintiffs,

- against -

MARQUISE CONSTRUCTION & DEVELOPMENT
CORP., MARQUISE CONSTRUCTION CORP.,
and ROSS J. MUSCOLINO, Individually, and
MZ CONTRACTING CORP., and COLONIAL
SURETY COMPANY (as surety for MARQUISE
CONSTRUCTION & DEVELOPMENT CORP.)

Defendants,

------------------------------------------------------------------------X

**WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, this action is

**HEREBY VOLUNTARILY WITHDRAWN** by the plaintiffs and it is acknowledged that this action be discontinued with prejudice and without costs.

Dated:   January 30, 2008

GELLERT & KLEIN, P.C.

BY: _____
Stephen E. Ehlers (SE-3064)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, NY 12601
(845) 454-3250

Case Closed

SO ORDERED _February 29_, 2008

_____
STEPHEN C. ROBINSON, U.S.D.J.

F:\USER\clients\H\HVDC\Marquise and MZ\Legal\VOLUNTARY WITHDRAWAL.wpd\January 30, 2008 (11:05am)